# EXHIBIT 1

**Examples of Pre-Processing Access Courts**

Courts handle newly e-filed complaints in one of two ways: (1) new complaints sit in a queue while they await processing and "acceptance" by a clerk; or (2) new complaints are automatically accepted, with clerk processing following acceptance. Whether configured as clerk-accept or auto-accept, any court system can provide access on-receipt.

The following state courts use a clerk-accept configuration and avoid access delays by providing pre-processing access to complaints as they sit in a queue awaiting clerk processing and acceptance:

- **Arizona** (statewide) (Granicus)[1]
- **California**
  - **Alameda County** (Journal Technologies)
  - **Butte County** (Tyler Technologies)
  - **Colusa County** (Tyler Technologies)
  - **Contra Costa County** (Tyler Technologies)
  - **Fresno County** (Journal Technologies)
  - **Glenn County** (Tyler Technologies)
  - **Imperial County** (Journal Technologies)
  - **Kern County** (Journal Technologies)
  - **Kings County** (Journal Technologies)
  - **Los Angeles County** (Journal Technologies)
  - **Madera County** (Journal Technologies)
  - **Marin County** (Journal Technologies)
  - **Mendocino County** (Tyler Technologies)
  - **Merced County** (Tyler Technologies)
  - **Mono County** (Journal Technologies)
  - **Monterey County** (Journal Technologies)
  - **Napa County** (Tyler Technologies)
  - **Nevada County** (Journal Technologies)
  - **Orange County** (CCMS)
  - **Placer County** (Journal Technologies)

[1] The parenthetical identifies the vendor supplying the court's electronic filing manager ("EFM").

    - **Riverside County** (Journal Technologies)
    - **Sacramento County** (Journal Technologies)
    - **San Benito County** (Journal Technologies)
    - **San Bernardino County** (Tyler Technologies)
    - **San Diego County** (CCMS)
    - **San Francisco County** (court-developed)
    - **San Joaquin County** (court-developed)
    - **San Luis Obispo County** (Tyler Technologies)
    - **San Mateo County** (Tyler Technologies)
    - **Santa Barbara County** (Tyler Technologies)
    - **Santa Clara County** (Tyler Technologies)
    - **Santa Cruz County** (Tyler Technologies)
    - **Solano County** (Journal Technologies)
    - **Sonoma County** (Tyler Technologies)
    - **Stanislaus County** (Tyler Technologies)
    - **Sutter County** (Tyler Technologies)
    - **Tehama County** (Tyler Technologies)
    - **Tulare County** (Journal Technologies)
    - **Ventura County** (Journal Technologies)
    - **Yolo County** (Tyler Technologies)
    - **Yuba County** (Tyler Technologies)
- **Florida** (statewide) (Granicus)
- **Georgia**
    - **Cobb County State Court** (Peach Court)
    - **Cobb County Superior Court** (Peach Court)
    - **DeKalb County State Court** (Tyler Technologies)
    - **DeKalb County Superior Court** (Tyler Technologies)
    - **Forsythe County State Court** (Tyler Technologies and Peach Court)
    - **Forsythe County Superior Court** (Tyler Technologies and Peach Court)

  - **Fulton County State Court** (Tyler Technologies and FSX)
  - **Fulton County Superior Court** (Tyler Technologies and Peach Court)
  - **Gwinnett County State Court** (Tyler Technologies)
  - **Gwinnett County Superior Court** (Tyler Technologies)
- **Iowa** (statewide) (Tybera)
- **Kansas** (statewide) (Tybera)
- **Maryland** (statewide) (Tyler Technologies)
- **Massachusetts** (statewide) (Tyler Technologies)
- **Minnesota** (statewide) (Tyler Technologies)
- **New Mexico** (statewide) (Tyler Technologies)
- **New York** (statewide) (court-developed)
- **Ohio**
  - **Athens County** (CourtView) (implementation pending)
  - **Cuyahoga County** (Proware)
  - **Delaware County** (CourtView)
  - **Fayette County** (Henschen)
  - **Franklin County** (Tybera)
  - **Lucas County** (Tyler Technologies)
  - **Mahoning County** (Tybera/CourtView) (implementation pending)
  - **Miami County** (CourtView) (implementation pending)
  - **Montgomery County** (Tybera)
  - **Summit County** (court-developed)
  - **Trumbull County** (CourtView) (implementation pending)
  - **Warren County** (Benchmark) (implementation pending)
  - **Wayne County** (Benchmark) (implementation pending)
- **Oregon** (statewide) (Tyler Technologies)
- **Pennsylvania** (Allegheny County) (court-developed)
- **South Dakota** (statewide) (Tyler Technologies)

- **Texas**
  - **Bexar** (Tyler Technologies)
  - **Brazoria County** (Tyler Technologies)
  - **Brazos County** (Tyler Technologies)
  - **Dallas County** (Tyler Technologies)
  - **El Paso County** (Tyler Technologies)
  - **Ellis County** (Tyler Technologies)
  - **Hidalgo County** (Tyler Technologies)
  - **Johnson County** (Tyler Technologies)
  - **Midland County** (Tyler Technologies)
  - **Nacogdoches County** (Tyler Technologies)
  - **Nueces County** (Tyler Technologies)
  - **Potter County** (Tyler Technologies)
  - **Taylor County** (Tyler Technologies)
  - **Travis County** (Tyler Technologies)
- **Vermont** (statewide) (Tyler Technologies)

The following state courts use an auto-accept configuration and avoid delays by providing access to complaints on receipt, regardless of whether any clerk processing may follow:

- **Alabama** (statewide) (OLIS)
- **Connecticut** (statewide) (court-developed) (auto-accept)
- **Hawaii** (statewide) (court-developed) (auto-accept)
- **Missouri** (statewide) (court-developed)
- **Nevada** (Clark County) (Tyler Technologies)
- **Ohio** (Butler County) (CourtView)
- **Utah** (statewide) (Tybera)
- **Washington, DC** (Tyler Technologies)

Additionally, the overwhelming majority of federal district courts provide on-receipt access to newly submitted complaints by automatically accepting them and immediately making them available via PACER. The small number of federal district courts that do not automatically accept newly e-filed complaints provide on-receipt access to them while they sit in a queue awaiting clerk acceptance.

**Secured vs. Open Portals**

Some court systems – *e.g.*, Missouri; New York; and Ohio's Butler, Cuyahoga, Delaware, Fayette, Franklin, and Lucas Counties – provide remote online access without any requiring registration or credentials.

Other court systems require registration, providing access only to those whom the court has issued log-in credentials. For example:







San Diego Superior Court
Media Access Portal
Home
Portal
Login
Login
Username
(email)
Password
Login
Forget Password?
New User?
© 2022 Superior Court of California, County of San Diego


Tyler Technologies
Odyssey Identity Provider
Please sign in to continue
Email
Email
Password
Password
Sign In
Forgot Password?


SUPREME COURT
STATE OF ARIZONA
Sign in
Email, phone, or Skype
Can't access your account?
Next
Any phone numbers will display as XXX-XXX to protect your privacy. If you are unable to authenticate by selecting an option above, contact the AOC Support Center for assistance.
Sign-in options
Terms of use
Privacy & cookies

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

CIVIL UNLIMITED MEDIA ACCESS PORTAL

## Civil Unlimited Media Access Portal

Welcome to Civil Unlimited Media Access Portal. The Portal is designed to allow News Media to access certain civil data and documents, including civil complaints of unlimited jurisdiction that have been received from a litigant for electronic filing by the Orange County Superior Court.

**Beginning January 1, 2022, all users of the Civil Unlimited Media Access Portal will be required to pay a non-refundable, annual fee of $500.00 to defray maintenance costs associated with the Portal.**

The information provided by and obtained from this website does not constitute an official record of the Superior Court of California, County of Orange (the "Court"). Any user of the information is hereby advised that the information is provided as is and that it may be subject to error or omission. The user acknowledges and agrees that the Court is not liable in any way whatsoever for the accuracy or validity of the information provided.

For the best experience, we recommend using either the Google Chrome or Microsoft Edge Internet Browser to access the Civil Unlimited Media Access Portal.

**Sign-In**

If you already have an account, please sign-in.

Sign-In

**Create an Account**

If you do not have an account with Civil Unlimited Media Access Portal, please create an account.

Create an Account

## Watermarks and Disclaimers

Many clerk-accept courts explicitly indicate that a particular complaint has not yet completed processing and been "accepted."

For example, New York provides a public portal that includes all e-filed complaints, regardless of processing status. Complaints that have not yet been processed show "Not Assigned" in the "Case #" field and show "Waiting for Index Number" in the "eFiling Status" field:

Skip To: Content Navigation Accessibili

New York State Unified Court System

NYSCEF - New York State Courts Electronic Filing (Live System)

Home
NYSCEF

Home
Unrepresented Litigants

**Account**

- Create an Account
- Login
- Search as Guest

**Resources**

- Forms
- Authorized Courts
- Available Documents
- Rules & Legislation
- Protocols
- NYSCEF Updates

### Case Search Results

Filing Date: **02/02/2024 - 02/02/2024**
Court: **New York County Supreme Court**

Modify Search | New Search

**Sort By:** Claim/Index # Sort

Page: 1 2 3 4 >> Last

| Case # Received Date | eFiling Status Case Status | Caption | Court Case Type |
|---|---|---|---|
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | Singh Brothers UES LLC v. Broadway & Ellwood, d/b/a 417-419 E. 74 EQUITIES | New York County Supreme Court *Real Property -Other* |
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | CAROLINE PELLEGRINO v. JPMORGAN CHASE & CO. et al | New York County Supreme Court *Torts - Other* |
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | Julian Dunlop et al v. Tobi Systems LLC et al | New York County Supreme Court *Commercial - Contract* |
| Not Assigned 02/02/2024 | Waiting for Index Number *RJI Pending* | Cheryl McDonough v. Bart McDonough | New York County Supreme Court *Matrimonial - Contested* |
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | PAUL KWARTA v. THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY | New York County Supreme Court *Torts - Other* |
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | BENJAMIN MOGROVEJO CARHUANCHO v. ITALIC REALTY, LLC | New York County Supreme Court *Torts - Other* |

///

| | | | |
|---|---|---|---|
| 650489/2024 02/02/2024 | Full Participation Recorded RJI Pending | CHAOWAI 101 AoA LLC v. 101 A of A LLC | New York County Supreme Court *Commercial - Contract - Commercial Division* |
| 650516/2024 02/02/2024 | Partial Participation Recorded RJI Pending | Admiral Beverage Corporation et al v. Pepsico, Inc. | New York County Supreme Court *Commercial - Contract - Commercial Division* |
| 650524/2024 02/01/2024 | Partial Participation Recorded *RJI Pending* | Pacific Investment Management Company LLC v. Humboldt Americas LLC et al | New York County Supreme Court *Commercial - Contract - Commercial Division* |
| 650525/2024 02/02/2024 | Full Participation Recorded *RJI Pending* | NICHOLAS CARMICHAEL v. KL NEW YORK LLC | New York County Supreme Court *Special Proceedings - CPLR Article 75* |

Page: << 1 2 3 4

In addition, New York superimposes disclaimer text at the top and bottom of complaints that have not yet been fully processed:

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.) INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 02/02/2024

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
------------------------------------------------------------------------X
**JULIAN DUNLOP and ZBIGNIEW LAUK,**

**Index No.**

**Plaintiffs,**

**-against-**

**SUMMONS**

**TOBI SYSTEMS LLC and DUNLOP EXTERIOR ACCESS LLC,**

**Defendants.**
------------------------------------------------------------------------X
TO THE ABOVE NAMED DEFENDANTS:

///
///

4. Upon information and belief, Defendant Dunlop Exterior Access LLC (“the Company”) is a limited liability corporation duly organized and existing under and by virtue of the laws of the State of Delaware and has its principal place of business located at 220 East 42nd Street, 29th Floor, New York, New York 10017.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk. 2 of 5

Following are additional examples of watermarks indicating that a complaint has not yet been fully processed:

Filing # 191337696 E-Filed 02/06/2024 11:25:08 AM

IN THE CIRCUIT COURT IN THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

XIOMARA & LUIS GARRO,

CASE NO.:

Plaintiff,

v.

HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC.,

Defendant.

_________________________________/

**COMPLAINT FOR DECLARATORY RELIEF AND BREACH OF CONTRACT**

Not Official Court Document

Plaintiffs, XIOMARA & LUIS GARRO ("Plaintiffs"), by and through their undersigned attorneys, hereby files their Complaint against the Defendant, HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC., and as grounds therefore, state as follows:

**GENERAL ALLEGATIONS**

1. At all times material hereto, this action is within the jurisdictional limits of this court and damages are in excess of $50,000.00 exclusive of interests, costs and attorneys' fees.

2. At all times material hereto, the Plaintiffs are residents of Florida and are sui juris.

3. At all material times, Defendant was and is a Florida insurance company that had agents or other representatives in, and authorized to do, and doing insurance business in Miami-Dade, Florida.

San Diego, California 92122
P: (619) 350-3334
jcharo@charolaw.com

Attorneys for Plaintiff MICHAEL SANDOVAL

Media Access Portal

**SUPERIOR COURT OF CALIFORNIA**

**IN AND FOR THE COUNTY OF ORANGE**

| | |
|---|---|
| MICHAEL SANDOVAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN JUICE HOLDINGS, LLC, a North Carolina limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:<br><br>**Complaint For Damages and Declaratory and Injunctive Relief For:**<br><br>**1. Violations of California Invasion of Privacy Act;**<br>**2. Violations of the Unruh Civil Rights Act;**<br>**3. Violation of California Unauthorized Access to Computer Data Act;**<br>**4. Violation of California's Unfair Competition Law**<br><br>**Jury Trial Demanded** |

**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Siyun Yang, Esq. (SBN 343864)
syang@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA, 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorneys for Plaintiffs,
**ROGELIO RODRIGUEZ RAMIREZ AND ROMELIA ELIZABETH LARA**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

UNFILED

QUILLARROW • LLP

| | |
|---|---|
| ROGELIO RODRIGUEZ RAMIREZ, an individual, and ROMELIA ELIZABETH LARA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br>Unlimited Jurisdiction<br><br>**COMPLAINT**<br><br>1. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF EXPRESS WARRANTY**<br>2. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF IMPLIED WARRANTY**<br>3. **VIOLATION OF THE SONG-BEVERLY ACT SECTION 1793.2** |

Many courts post prominent disclaimers on the log-in page for pre-processing access portals. For example:

**TAVIA GALONSKI**
**SUMMIT COUNTY CLERK OF COURTS**

By using this site, you have read and agree to the terms set forth in our Disclaimer

**Legal Disclaimer** ×

In order to provide the public with immediate access to newly eFiled, non-confidential, civil complaints, these complaints will be made available through this page immediately upon receipt. Please be advised that these complaints have not been subjected to Summit County Clerk of Court's quality assurance procedure. As soon as the review process has been completed and the complaint is found to be in compliance, it will be posted on the Clerk's Public Access system as filed. Until that posting, the complaint should be used subject to this limitation. The Clerk is not responsible for any unapproved filing that is subsequently rejected.

*New Civil Filings Pending Review*

| Action | Case Name | Date Added | Case Catego |
|---|---|---|---|
| Get Docs | JONATHAN M. KELLER -VS- KEN-TOOL | 08/04/2024 10:17 AM | Personal Injury |
| Get Docs | BRIAN CHAPMAN -VS- EVAN SMITH | 08/03/2024 04:59 PM | Other Civil |
| Get Docs | IBM EMPLOYEE PAYROLL -VS- OPAL D PORTIS | 08/03/2024 10:37 AM | Breach of Agreer |

San Diego Superior Court
Media Access Portal

Home Portal Login

## Media Access Portal Disclaimer

The San Diego Superior Court's (the "Court") Media Access Portal is intended to assist subscribing media in accessing non-confidential unlimited civil complaints upon electronic filing by a litigant.

**THE COURT REQUIRES THAT YOU CAREFULLY READ, UNDERSTAND AND AGREE TO THE FOLLOWING TERMS AND CONDITIONS IN THIS USER AGREEMENT AND DISCLAIMER ("AGREEMENT") BEFORE USE OF THE MEDIA ACCESS PORTAL.**

The information provided by and obtained from the Media Access Portal does not constitute an official record of the Court. The documents available on the portal are not officially accepted court filings while in the processing queue. Once a document has been processed and accepted by the Court, it will remain accessible in the Media Access Portal for a period of six (6) days. The Media Access Portal is refreshed approximately every 10-15 minutes. Filings formally accepted by the Court will also be available on the Register of Actions beyond the six-day timeframe.

The information on the Media Access Portal is provided as a courtesy service to the media and is subject to change without notice. Any user of this information is hereby advised that it is being provided "AS IS," without warranty of any kind, implied, expressed, or statutory, including but not limited to the warranties of non-infringement of third-party rights, merchantability, fitness for a particular purpose, and freedom from computer viruses. The Court does not guarantee the accuracy, completeness, adequacy, or availability of the information on the Media Access Portal, and expressly disclaims liability for the information, including errors or omissions. Users of the Media Access Portal assume full risk and responsibility that the information provided may not meet their needs and requirements.

In no event will the Court, any other judicial branch entity as defined in California Government Code section 900.3, or their judicial officers, officers, employees, representatives, agents, contractors or volunteers be liable for any damages whether they be direct, indirect, general, special, consequential, incidental or exemplary damages, including but not limited to damages for loss of profits, goodwill, use, data or other intangible losses resulting from the use of or inability to use the Media Access Portal.

All users of the Civil Unlimited Media Access Portal will be required to pay a non-refundable, annual fee of $500.00 to defray maintenance costs associated with the Media Access Portal.

By using the Media Access Portal, you acknowledge that you have carefully read, understood, and agree to the Terms and Conditions of this Agreement as described above.

I Agree Disagree

**The Honorable Maryellen O'Shaughnessy**
Franklin County Clerk of Courts

Refresh

# New Unapproved Civil Filings

## Please Read

### Legal Disclaimer

In order to provide the public with immediate access to newly eFiled, non-confidential, civil complaints, these complaints will be made available through this link immediately upon receipt. Please be advised that these complaints have not been subjected to the Clerk of Court's quality assurance procedure. As soon as the review process has been completed and the complaint is found to be in compliance, it will be posted on the Clerk's Case Information Online system as filed. Until that posting, the complaint should be used subject to this limitation. The Clerk is not responsible for any unapproved filing that is subsequently rejected.

I Have Read And Understand These Terms

| Submission ID | Case Style | Date Created | Case Category | Status |
|---|---|---|---|---|
| 12960222 | WELLS FARGO BANK NA -VS- MAMADOU KEBE ET AL | 1/22/24 | E-Foreclosures | Awaiting Approval |
| 12960204 | SURGEFORCE LLC -VS- ROGELIO ALONSO | 1/22/24 | H-Other Civil | Awaiting |

# Fayette County Clerk of Courts - Sandra I. Wilson

## Early Access to Civil eFilings

| Case Caption | Case Type | Submitted at | Status | Docume |
|---|---|---|---|---|
| FAYETTE COUNTY TREASURER -vs- MINSHALL, MICHELE | Foreclosure | 03/09/2026 2:40 pm | pending | |
| S.M., A MINOR, BY & THROUGH -vs- OHIO MUTUAL INS GROUP | | m | pending | |
| S.M., A MINOR, BY & THROUGH -vs- OHIO MUTUAL INS GROUP | | m | pending | |
| S.M., A MINOR, BY & THROUGH -vs- OHIO MUTUAL INS GROUP | | m | pending | |
| HS FINANCIAL GROUP LLC -vs- ALLEN, MARCEL | | m | processed | |
| PUCKETT, CEAIRRA -vs- XYZ CORPORATIONS, 1-10 | | m | processed | |
| PUCKETT, CEAIRRA -vs- XYZ CORPORATIONS, 1-10 | | m | processed | |
| PRECISION AG MANAGEMENT, LLC -vs- MASON, MARK | | n | processed | |
| NATIONSTAR MORTGAGE LLC -vs- U.S. OF AMERICA, SE | | n | processed | |
| NATIONSTAR MORTGAGE LLC -vs- U.S. OF AMERICA, SE | | n | processed | |
| BROWN, KASANDRA -vs- THOMAS, ERIN C | Other Civil | 03/06/2026 2:20 pm | processed | |
| FIFTH THIRD BANK, NATIONAL ASS -vs- MELISSA JOHNSON | Foreclosure | 03/06/2026 11:23 am | processed | |

By accessing this list, you agree to the terms of the disclaimer.

**Early Access Disclaimer**

In an effort to provide timely access to non-confidential eFiled documents on civil matters, said documents are being made available here immediately upon submission by the filer. In order to provide this immediate access to eFiled documents, the documents could not yet be reviewed by the Fayette County Clerk of Court's staff. As such, the Clerk claims no responsibility for the content of any of the documents accessible on this site. Once the documents are reviewed by the Fayette County Clerk of Court's staff and are found to comply with the standards set forth by the Local Rules, they will be posted into the Clerk of Court's record retention system as well as their public access record search. Prior to that, any documents should be viewed with the aforementioned limitation in mind. Documents not found in compliance with the Clerk of Court's defined standards will be rejected and prevented entry into the Clerk of Court's record retention system.

FLORIDA COURTS
**E-FILING PORTAL**

View NEF | My Cases | My Submissions | Sign Out

Filings Access | Workbench | My Alerts | E-Filing Map

06/04/2025 Important Update: Credit Card Transaction Fee Change: Effective July 1, 2025

## Filings Access

Help

The Statewide Non-Confidential Circuit and County Civil Filings webpage provides non-confidential, Circuit and County Civil case complaints and attached documents only. The documents will be available on this webpage for five (5) days from the date of submission. The documents found on this webpage have not been accepted by the Clerk and are not official court documents. Upon acceptance by the Clerk, the official documents will be available at the Clerk's office or, with a few exceptions, on the Clerk's website.

COUNTY OF CUYAHOGA OHIO

**Cuyahoga County Clerk of Courts**

## SEARCHES

**CIVIL/DOMESTIC SEARCH**

- CIVIL SEARCH BY CASE
- CIVIL SEARCH BY NAME
- FORECLOSURE SEARCH
- SUBMITTED EFILING COMPLAINTS

**CRIMINAL SEARCH**

- CRIMINAL SEARCH BY CASE
- CRIMINAL SEARCH BY NAME

**COURT OF APPEALS SEARCH**

- COURT OF APPEALS SEARCH BY CASE
- COURT OF APPEALS SEARCH BY NAME

**Please Read the Legal Disclaimer Below**

In order to provide the public with immediate access to newly E-Filed, non-confidential, civil complaints, these complaints will be made available through this link immediately upon receipt. Please be advised that these complaints have not been subjected to the Clerk of Court's quality assurance procedure. As soon as the review process has been completed and the complaint is found to be in compliance, it will be posted on the Clerk's Case Information Online system as filed. Until that posting, the complaint should be used subject to this limitation. The Clerk is not responsible for any unapproved filing that is subsequently rejected.

I Have Read And Understand These Terms

**Warnings to e-Filers and Mechanisms for e-Filers to Identify Confidential Complaints**

Both clerk-accept and auto-accept courts can automatically filter newly e-filed complaints based on information entered by the filer. For example, courts can configure their systems to provide on-receipt access based on:

- **Case Category** (e.g., Civil) – Many courts provide on-receipt access only to documents in the civil category.
- **Case Type** (e.g., Tort) – Confidential case types can be automatically filtered out.
- **Document Type** (e.g., Complaint or Petition) – Confidential document types can be automatically filtered out.
- **Document Security** (e.g., Public v. Confidential) – Confidential documents can be automatically filtered out.
- **Filer Type** (e.g., Attorney v. Pro Se) – Some courts provide on-receipt access only to attorney-filed documents.

In addition, courts use their e-filing interface to warn filers about their obligations with respect to confidential information. For example:


Submission Agreements

IMPORTANT NOTICE OF RESPONSIBILITY TO DESIGNATE CONFIDENTIAL AND SEALED DOCUMENTS: All filers are responsible for designating confidential or sealed documents prior to transmitting the documents for filing to the court, in compliance with Minn. Gen. R. Prac. 14.06. The designation is made in the Comment Field. This requirement applies to all documents submitted for filing, including attachments. I understand that, when I file, I must comply with court rules requiring filers to designate confidential or sealed documents, or face sanctions. I may also need to request permission from the court to file a document as confidential or sealed. I have read this notice.

IMPORTANT NOTICE OF REDACTION RESPONSIBILITY: All filers must redact full and partial Social Security or taxpayer identification numbers and all except the last four digits of financial account numbers in compliance with Minn. Gen. R. Prac. 11. This requirement applies to all documents including attachments. I understand that, if I file, I must comply with the redaction rules or face possible sanctions. I have read this notice.*

Save as Draft | Summary

© 2025 Tyler Technologies
Version: 2022.0.6.10027

EMPOWERED BY TYLER TECHNOLOGIES

CourtVIEW

Home eFile Help

Log on

**Case Number Format**

example: CV 2017 00 0000

**Available Case Types**

- CA = Court of Appeals
- CR = Criminal
- CV = Civil
- DR = Domestic Relations
- DS = Domestic Support or Custody
- GR = Grand Jury Reports
- IR = IN RE: Miscellaneous

FILERS - ***IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOUR FILING DOES NOT CONTAIN PERSONAL IDENTIFIERS OR OTHER CONFIDENTIAL INFORMATION***. **Personal identifiers and confidential information may include, but not be limited to, social security numbers, dates of birth, names of victims of crime, credit card numbers, vehicle identification numbers, names of children, and any other information that may be considered confidential. See, Sup. R. 44 and Loc. R. 2.04.**

IF YOU ARE EFILING A DOCUMENT, THE ACCOUNT USED TO FILE THE DOCUMENT MUST BE THE ACCOUNT OF THE ATTORNEY WHO HAS SIGNED THE DOCUMENT.

**Important Notice about Butler County Clerk of Courts Record Search**

Certain information and case types are, by law, not available on the website, such as Domestic Violence Protection Order and Civil Stalking Protection Order cases. The

Does this document contain Confidential Personal Information as defined in 22 NYCRR §202.5(e)?

(●) **No** ... this document DOES NOT contain a Social Security Number or other CPI as defined in 22 NYCRR §202.5(e) , including information from any of the documents or testimony in a matrimonial action protected by DRL §235 or evidence sealed by the court in such an action.

( ) **Yes** ... this document contains CPI as defined in 22 NYCRR §202.5(e) † (check one):

- [ ] **Redacted**, per 22 NYCRR §202.5(e)
- [ ] **Un-Redacted** and seeks a remedy under 22 NYCRR §202.5(e)(2) or (3)
- [ ] **Un-Redacted** as required or permitted by a specific rule or law: