# EXHIBIT 11

## Jon Fetterly

**From:** Jon Fetterly
**Sent:** Tuesday, January 27, 2026 9:28 AM
**To:** John Chatz
**Cc:** 'abowne@illinoiscourts.gov'; 'srobertson@illinoiscourts.gov'; 'cbonjean@illinoiscourts.gov'; Katherine Keating
**Subject:** Courthouse News - Follow-up to 1/23 Meeting [_BCLP-USA.1351115.000092.FID1318563]
**Attachments:** Statewide On-Receipt Access Systems - 1.27.26.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

John,

Thank you again to you and your team for taking the time to meet with us on Friday.

As requested, I am attaching the screenshots shared during the meeting that demonstrate ways other state courts provide on-receipt access to new e-filed complaints even though they have not been fully processed or "accepted" by court staff.

Following up on Amy's question, the attached document also includes a list of state courts that provide this access on a statewide basis. The list identifies for each state the e-filing vendor used by the state and whether the state is using the vendor's product or a court developed solution. For instance, courts that use the Tyler eFile & Serve system (EFM) have the option of either purchasing the Tyler Press Review Tool product or developing their own solution using the APIs for eFile & Serve, which we understand Tyler provides to its court partners for free. The list contains examples of both approaches. Additionally, most if not all of the courts on this list, like Illinois, have rules or procedures that require court clerks to review newly-submitted complaints and either accept them into the case management system or return them to the filer for correction (i.e., reject them).

The attached list does not include states that provide on-receipt access using the Auto-Accept configuration, or states that do not have a uniform statewide e-filing system.

Lastly, during our meeting we focused on the practical solutions and alternatives available to Illinois which, if implemented, would avoid the delays in access to new civil complaints experienced by Courthouse News. We only briefly touched on the legal issues underlying this discussion, such as how the First Amendment right of access applies to new e-filed civil complaints, or how that right applies to Illinois' current practice of restricting access to new e-filed civil complaints until after completion of clerk processing and "acceptance." We welcome the opportunity to further address those issues with you if necessary or helpful.

Jon

BCLP.

Jonathan G. Fetterly
Partner
jon.fetterly@bclplaw.com
T: +1 415 675 3451

Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor, San Francisco, CA 94111-4070

**bclplaw.com**

# On-Receipt Access Systems for E-Filed Civil Complaints

Information Prepared by Courthouse News Service for Administrative Office of the Illinois Courts
(Jan. 27, 2026)

Following is a list of states that do not automatically accept e-filed civil complaints and provide on-receipt access on a statewide basis. As requested, this list does not include the many on-receipt access systems adopted at the county level.

- **Arizona** (Granicus EFM; court-developed access portal)
- **Florida** (Granicus EFM and access portal)
- **Iowa** (Tybera EFM; court-developed access portal)
- **Kansas** (Tybera EFM; court-developed access portal)
- **Maryland** (Tyler EFM and Press Review Tool)
- **Massachusetts** (Tyler EFM; implementation of Tyler Press Review Tool pending)
- **Minnesota** (Tyler EFM; implementation of court-developed access portal pending)
- **New Mexico** (Tyler EFM; court-developed access portal)
- **New York** (court-developed EFM and access portal)
- **Oregon** (Tyler EFM and Press Review Tool)
- **South Dakota** (Tyler EFM; court-developed access portal)
- **Vermont** (Tyler EFM and Press Review Tool)

The term "court-developed" in the list above includes development by internal court personnel, development by external vendors, or a combination of both. Courts that use Tyler's eFile & Serve system as their e-filing manager ("EFM") have the option of either purchasing Tyler's Press Review Tool add-on software or developing their own solution using the eFile & Serve APIs, which Tyler provides to its court partners at no cost.

Providing on-receipt access prior to administrative processing is consistent with rules that provide for clerk review of complaints prior to official "acceptance," with some complaints returned to the filer for correction (i.e., rejected). Court rules in most – if not all – of the states listed above call for such pre-acceptance clerk review.[1]

The following pages contain screen captures from various court systems to illustrate some of the features discussed in Friday's meeting.

[1] *Compare* Ill. S. Ct. R. 9 *with*, *e.g.*, Ariz. Code of Jud. Admin. § 1-901(R) ("A submission is deemed filed on the date and time it is received by the EFSP unless the clerk later rejects the document based on a deficiency."); Standard 1.2.5, Fl. Standards for Electronic Access to Courts ("When information has been submitted electronically [] via the Florida Courts E-Filing Portal, the Clerk of Court will review the filed document and determine whether it contains the required information for placement into the clerk's case maintenance system."); Iowa Ct. R. 16.306(2) ("A document is considered filed or presented at the time EDMS has received it, ***unless the clerk of court returns it***."), Rule 16.308(2)(d)(2) ("The clerk of court may return the submission to the filer with an explanation of the error and instructions to correct the filing."); Kansas S. Ct. R. 23 (clerk review and processing).

# Public Portal – Watermarks and Disclaimers (NY)

Skip To: Content Navigation Accessibili

New York State Unified Court System

NYSCEF - New York State Courts Electronic Filing (Live System)

*Home*
*NYSCEF*

*Home*
*Unrepresented Litigants*

**Account**
- Create an Account
- Login
- Search as Guest

**Resources**
- Forms
- Authorized Courts
- Available Documents
- Rules & Legislation
- Protocols
- NYSCEF Updates

## Case Search Results

Filing Date: **02/02/2024 - 02/02/2024**
Court: **New York County Supreme Court**

Modify Search | New Search

**Sort By:** Claim/Index # Sort

Page: 1 2 3 4 >> Last

| Case # Received Date | eFiling Status Case Status | Caption | Court Case Type |
|---|---|---|---|
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | Singh Brothers UES LLC v. Broadway & Ellwood, d/b/a 417-419 E. 74 EQUITIES | New York County Supreme Court *Real Property -Other* |
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | CAROLINE PELLEGRINO v. JPMORGAN CHASE & CO. et al | New York County Supreme Court *Torts - Other* |
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | Julian Dunlop et al v. Tobi Systems LLC et al | New York County Supreme Court *Commercial - Contract* |
| Not Assigned 02/02/2024 | Waiting for Index Number *RJI Pending* | Cheryl McDonough v. Bart McDonough | New York County Supreme Court *Matrimonial - Contested* |
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | PAUL KWARTA v. THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY | New York County Supreme Court *Torts - Other* |
| Not Assigned 02/02/2024 | Waiting for Index Number *Pre-RJI* | BENJAMIN MOGROVEJO CARHUANCHO v. ITALIC REALTY, LLC | New York County Supreme Court *Torts - Other* |

///

///

| | | | |
|---|---|---|---|
| 650489/2024 02/02/2024 | Full Participation Recorded RJI Pending | CHAOWAI 101 AoA LLC v. 101 A of A LLC | New York County Supreme Court *Commercial - Contract - Commercial Division* |
| 650516/2024 02/02/2024 | Partial Participation Recorded RJI Pending | Admiral Beverage Corporation et al v. Pepsico, Inc. | New York County Supreme Court *Commercial - Contract - Commercial Division* |
| 650524/2024 02/01/2024 | Partial Participation Recorded *RJI Pending* | Pacific Investment Management Company LLC v. Humboldt Americas LLC et al | New York County Supreme Court *Commercial - Contract - Commercial Division* |
| 650525/2024 02/02/2024 | Full Participation Recorded *RJI Pending* | NICHOLAS CARMICHAEL v. KL NEW YORK LLC | New York County Supreme Court *Special Proceedings - CPLR Article 75* |

Page: << 1 2 3 4

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.) INDEX NO. UNASSIGNED

NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 02/02/2024

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---------------------------------------------------------------------------X

**JULIAN DUNLOP and ZBIGNIEW LAUK,**

**Index No.**

**Plaintiffs,**

**-against-**

**SUMMONS**

**TOBI SYSTEMS LLC and DUNLOP EXTERIOR ACCESS LLC,**

**Defendants.**

---------------------------------------------------------------------------X

TO THE ABOVE NAMED DEFENDANTS:

///
///
///

4. Upon information and belief, Defendant Dunlop Exterior Access LLC ("the Company") is a limited liability corporation duly organized and existing under and by virtue of the laws of the State of Delaware and has its principal place of business located at 220 East 42nd Street, 29th Floor, New York, New York 10017.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

## Secured Portal - "Unfiled" Watermark (LASC)






**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Siyun Yang, Esq. (SBN 343864)
syang@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA, 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorneys for Plaintiffs,
**ROGELIO RODRIGUEZ RAMIREZ AND ROMELIA ELIZABETH LARA**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

QUILL & ARROW • LLP

| | |
|---|---|
| ROGELIO RODRIGUEZ RAMIREZ, an individual, and ROMELIA ELIZABETH LARA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br>Unlimited Jurisdiction<br><br>**COMPLAINT**<br><br>1. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF EXPRESS WARRANTY**<br>2. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF IMPLIED WARRANTY**<br>3. **VIOLATION OF THE SONG-BEVERLY ACT SECTION 1793.2** |

UNFILED

## Secured Portal - Disclaimer and Watermark (FL)




News & Information

- **01/30/2024** Our support phone system is currently unavailable. Please submit any support requests through the 'Request E-Filing Support' link at the bottom of the page.
- **01/10/2024** Attention Yahoo and Google (Gmail) Email Customers! Read More ...

Welcome to the Florida Courts E-Filing Portal — Help

**Login**

* Required Field

*** User Name:** User Name

*** Password:** Password

I'm not a robot — reCAPTCHA Privacy - Terms

Sign In — Forgot Password?

### Filings Access

Help

The Statewide Non-Confidential Circuit and County Civil Filings webpage provides non-confidential, Circuit and County Civil case complaints and attached documents only. The documents will be available on this webpage for five (5) days from the date of submission. The documents found on this webpage have not been accepted by the Clerk and are not official court documents. Upon acceptance by the Clerk, the official documents will be available at the Clerk's office or, with a few exceptions, on the Clerk's website.

Search Options

| *** Submission Date From** | *** Submission Date To** | **Court** | **Division** |
|---|---|---|---|
| 02/06/2024 | 02/06/2024 | | |

Search — Clear

| | Submission/NEF | Case Style | Status | Court | Division | Submission Date | Completion Date | UCN |
|---|---|---|---|---|---|---|---|---|
| ▸ | 191337810 | Mount Sinai Medical Center of Florida, Inc. et al. VS GEICO Indemnity Company | Validating Filing | Miami-Dade | County Civil (North Dade 23) | 02/06/2024 11:25:44 AM | | |
| ▸ | 191337798 | HIS AND HERS ROOFING LLC VS FLORIDA PENINSULA INSURANCE COMPANY | Pending Filing | Hillsborough | County Civil | 02/06/2024 11:25:40 AM | | |
| ▸ | 191337794 | BALAREZO FAMILY CHIROPRACTIC, LLC. VS OCEAN HARBOR CASUALTY INSURANCE COMPANY | Pending Review | Miami-Dade | County Civil (South Dade 26) | 02/06/2024 11:25:38 AM | | |
| ▸ | 191337791 | Lvnv Funding Llc v. Jose Denis | Pending Filing | Broward | County Civil Central Courthouse | 02/06/2024 11:25:34 AM | | |

Filing # 191337696 E-Filed 02/06/2024 11:25:08 AM

IN THE CIRCUIT COURT IN THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

XIOMARA & LUIS GARRO,

CASE NO.:

Plaintiff,

v.

HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC.,

Defendant.

_______________________________/

**COMPLAINT FOR DECLARATORY RELIEF AND BREACH OF CONTRACT**

Not Official Court Document

Plaintiffs, XIOMARA & LUIS GARRO ("Plaintiffs"), by and through their undersigned attorneys, hereby files their Complaint against the Defendant, HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC., and as grounds therefore, state as follows:

**GENERAL ALLEGATIONS**

1. At all times material hereto, this action is within the jurisdictional limits of this court and damages are in excess of $50,000.00 exclusive of interests, costs and attorneys' fees.

2. At all times material hereto, the Plaintiffs are residents of Florida and are sui juris.

3. At all material times, Defendant was and is a Florida insurance company that had agents or other representatives in, and authorized to do, and doing insurance business in Miami-Dade, Florida.

## Other Examples of Disclaimers

Tavia Galonski, Summit Count × | Home ×

newcivilfilings.summitoh.net

**TAVIA GALONSKI**
SUMMIT COUNTY CLERK OF COURTS

By using this site, you have read and agree to the terms set forth in our Disclaimer

**Legal Disclaimer** ×

In order to provide the public with immediate access to newly eFiled, non-confidential, civil complaints, these complaints will be made available through this page immediately upon receipt. Please be advised that these complaints have not been subjected to Summit County Clerk of Court's quality assurance procedure. As soon as the review process has been completed and the complaint is found to be in compliance, it will be posted on the Clerk's Public Access system as filed. Until that posting, the complaint should be used subject to this limitation. The Clerk is not responsible for any unapproved filing that is subsequently rejected.

### *New Civil Filings Pending Review*

Pending Review: **14**
Filing Complete: **0**

Auto

Refresh

| Action | Case Name | Date Added | Case Category | Status |
|---|---|---|---|---|
| Get Docs | JONATHAN M. KELLER -VS- KEN-TOOL | 08/04/2024 10:17 AM | Personal Injury | *Pending Review* |
| Get Docs | BRIAN CHAPMAN -VS- EVAN SMITH | 08/03/2024 04:59 PM | Other Civil | *Pending Review* |
| Get Docs | IBM EMPLOYEE PAYROLL -VS- OPAL D PORTIS | 08/03/2024 10:37 AM | Breach of Agreement | *Pending Review* |
| Get Docs | KENNETH HILL -VS- DOWCO, LLC | 08/02/2024 06:34 PM | Other Civil | *Pending Review* |
| Get Docs | MARINER FINANCE, LLC -VS- WILLIAM M. SHAPE | 08/02/2024 04:31 PM | Judgment Lien | *Pending Review* |
| Get Docs | KRISTEN M SCALISE -VS- MARTIN J. RUSSO | 08/02/2024 04:11 PM | Foreclosure | *Pending Review* |
| Get Docs | DISCOVER BANK -VS- DENNIS WRIGHT | 08/02/2024 03:28 PM | Money Due | *Pending Review* |
| Get Docs | SECURITY CREDIT SERVICES, LLC -VS- DONYALE ROBINSON | 08/02/2024 02:49 PM | Money Due | *Pending Review* |
| Get Docs | ACCELERATED INVENTORY MANAGEMENT, LLC -VS- JONATHON CARMICHAEL | 08/02/2024 02:45 PM | Other Civil | *Pending Review* |
| Get Docs | KRISTEN M SCALISE -VS- LOLLAR REAL ESTATE LLC | 08/02/2024 02:42 PM | Foreclosure | *Pending Review* |

San Diego Superior Court
Media Access Portal

Home Portal Login

## Media Access Portal Disclaimer

The San Diego Superior Court's (the "Court") Media Access Portal is intended to assist subscribing media in accessing non-confidential unlimited civil complaints upon electronic filing by a litigant.

**THE COURT REQUIRES THAT YOU CAREFULLY READ, UNDERSTAND AND AGREE TO THE FOLLOWING TERMS AND CONDITIONS IN THIS USER AGREEMENT AND DISCLAIMER ("AGREEMENT") BEFORE USE OF THE MEDIA ACCESS PORTAL.**

The information provided by and obtained from the Media Access Portal does not constitute an official record of the Court. The documents available on the portal are not officially accepted court filings while in the processing queue. Once a document has been processed and accepted by the Court, it will remain accessible in the Media Access Portal for a period of six (6) days. The Media Access Portal is refreshed approximately every 10-15 minutes. Filings formally accepted by the Court will also be available on the Register of Actions beyond the six-day timeframe.

The information on the Media Access Portal is provided as a courtesy service to the media and is subject to change without notice. Any user of this information is hereby advised that it is being provided "AS IS," without warranty of any kind, implied, expressed, or statutory, including but not limited to the warranties of non-infringement of third-party rights, merchantability, fitness for a particular purpose, and freedom from computer viruses. The Court does not guarantee the accuracy, completeness, adequacy, or availability of the information on the Media Access Portal, and expressly disclaims liability for the information, including errors or omissions. Users of the Media Access Portal assume full risk and responsibility that the information provided may not meet their needs and requirements.

In no event will the Court, any other judicial branch entity as defined in California Government Code section 900.3, or their judicial officers, officers, employees, representatives, agents, contractors or volunteers be liable for any damages whether they be direct, indirect, general, special, consequential, incidental or exemplary damages, including but not limited to damages for loss of profits, goodwill, use, data or other intangible losses resulting from the use of or inability to use the Media Access Portal.

All users of the Civil Unlimited Media Access Portal will be required to pay a non-refundable, annual fee of $500.00 to defray maintenance costs associated with the Media Access Portal.

By using the Media Access Portal, you acknowledge that you have carefully read, understood, and agree to the Terms and Conditions of this Agreement as described above.

I Agree | Disagree

# Cuyahoga County Clerk of Courts

## WELCOME

**NOTICE:** Pursuant to Federal Law and at the direction of the Domestic Relations Court, Domestic Violence case information is no longer available via internet access. Pursuant to direction from the Common Pleas Court general Division, Civil Stalking Protection Order cases are also not available on the internet. Case information may be obtained in person at the Clerk of Courts' offices or by contacting the Clerk's docket information line at 216-443-7950.

## SEARCHES

**CIVIL/DOMESTIC SEARCH**

- CIVIL SEARCH BY CASE
- CIVIL SEARCH BY NAME
- FORECLOSURE SEARCH
- SUBMITTED EFILING COMPLAINTS

**CRIMINAL SEARCH**

- CRIMINAL SEARCH BY CASE
- CRIMINAL SEARCH BY NAME

**Please Read the Legal Disclaimer Below**

In order to provide the public with immediate access to newly E-Filed, non-confidential, civil complaints, these complaints will be made available through this link immediately upon receipt. Please be advised that these complaints have not been subjected to the Clerk of Court's quality assurance procedure. As soon as the review process has been completed and the complaint is found to be in compliance, it will be posted on the Clerk's Case Information Online system as filed. Until that posting, the complaint should be used subject to this limitation. The Clerk is not responsible for any unapproved filing that is subsequently rejected.

I Have Read And Understand These Terms

The Honorable Maryellen O'Shaughnessy
Franklin County Clerk of Courts

Refresh

# New Unapproved Civil Filings

## Please Read

### Legal Disclaimer

In order to provide the public with immediate access to newly eFiled, non-confidential, civil complaints, these complaints will be made available through this link immediately upon receipt. Please be advised that these complaints have not been subjected to the Clerk of Court's quality assurance procedure. As soon as the review process has been completed and the complaint is found to be in compliance, it will be posted on the Clerk's Case Information Online system as filed. Until that posting, the complaint should be used subject to this limitation. The Clerk is not responsible for any unapproved filing that is subsequently rejected.

I Have Read And Understand These Terms

| Submission ID | Case Style | Date Created | Case Category | Status |
|---|---|---|---|---|
| 12960222 | WELLS FARGO BANK NA -VS- MAMADOU KEBE ET AL | 1/22/24 | E-Foreclosures | Awaiting Approval |
| 12960204 | SURGEFORCE LLC -VS- ROGELIO ALONSO | 1/22/24 | H-Other Civil | Awaiting Approval |
| 12960156 | DOUGLAS C SHINE -VS- ALLSTATE FIRE AND CASUALTY INSURANCE COM ET AL | 1/22/24 | C-Personal Injury (Other Torts) | Awaiting Approval |
| 12960144 | MICHAEL KOOB ET AL -VS- ALEX J CASTLE ET AL | 1/22/24 | C-Personal Injury (Other Torts) | Awaiting Approval |

**Example of Registration Request Form**

JUDICIAL BRANCH OF CALIFORNIA | Supreme Court | Courts of Appeal | Superior Courts | Judicial Council

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MERCED

Select Language
Powered by Google Translate
Search

Home | Online Services | Forms & Filing | Self-Help | Divisions | General Information

DMV Scam Alert: Californians report receiving deceptive texts claiming unpaid tolls from the DMV. The DMV never requests personal or financial information via text. If you receive one, do not open or reply. Please refer to DMV website for more information: https://www.dmv.ca.gov/portal/

Press Review Tool Portal Request Form

# Press Review Tool Portal Request Form

## Press Review Tool Portal Request Form

- Access is strictly controlled and all requests shall be approved by the Court.
- You must submit a picture of your valid press ID card.
- Merced Superior Court sets the technical standards and methods of access.
- Access will be terminated if a person violates the acceptable use agreement.
- Access to the Press Review Tool Portal may be revoked at any time at the discretion of the Court.

Full Press Agency Name *

Work Phone *

First Name *

Last Name *

Email *

Confirm Email *

Upload Valid Press ID Card *

Choose File No file chosen
One file only.
2 MB limit.
Allowed types: gif, jpg, jpeg, png.

I agree to comply with the Press Review Tool usage and access agreement specified below:
1. I have completed the above questionnaire and the information submitted is accurate to the best of my knowledge.
2. I am authorized to enter into such an agreement.
3. I understand that the access to the Press Review Tool Portal is provided for the purpose of accessing information in accordance with my job duties.
4. I understand that I will not knowingly disclose personal identifiers as defined in California Rule of Court, rule 1.201.
5. I understand the Court may charge a fee for access to this portal and I will be notified of any such costs.

☐ I agree to the Usage and Access Agreement *

Submit

## Examples of Secured Sites – Credentials Required









# Case Number v. New Case ID (Tyler Press Review Tool)

Location: System

Show 10 entries

Search:

| Location | SubmitDate | CaseNumber | File |
|---|---|---|---|
| Butte - Civil | 2024/02/05 | New Case - ID 14320035 | complaint.pdf |
| Butte - Civil | 2024/02/06 | New Case - ID 14321802 | complaint.pdf |
| Butte - Civil | 2024/02/06 | New Case - ID 14328703 | 91452Compl006954.pdf |
| Butte - Civil | 2024/02/06 | New Case - ID 14328888 | XP Cooper Final.pdf |
| Butte - Civil | 2024/02/06 | New Case - ID 14329383 | Complaint.pdf |
| Butte - Civil | 2024/02/06 | 23CV03194 | 91470Cross008115.pdf |
| Butte - Civil | 2024/02/07 | New Case - ID 14334975 | Madewell- Complaint.pdf |
| Butte - Civil | 2024/02/07 | New Case - ID 14346636 | scott_complaint_207.pdf |
| Butte - Civil | 2024/02/07 | 20CV02212 | Owens - FAC w Errata Exhibits 24-02-07.pdf |
| Butte - Civil | 2024/02/07 | New Case - ID 14347616 | Complaint.pdf |

Location: Fulton State Court

Show 10 entries

Search: new case

| Location | SubmitDate | CaseNumber | File |
|---|---|---|---|
| Fulton State Court | 2024/02/07 | New Case - ID 14253141 | _State-Court-E-File-Summons- Willie Ceaser -ABG.pdf |
| Fulton State Court | 2024/02/07 | New Case - ID 14253141 | Civil-case-filing-information-form - Willie Ceaser.pdf |
| Fulton State Court | 2024/02/07 | New Case - ID 14253153 | 184566-000419ec-3308-4ec1-b962-e23780c67f66.pdf |
| Fulton State Court | 2024/02/07 | New Case - ID 14253163 | 184571-5c63f4b1-96db-4ff5-b926-db8314379993.pdf |
| Fulton State Court | 2024/02/07 | New Case - ID 14253181 | 184572-6155c91d-8491-42f8-8429-f04760defcc4.pdf |
| Fulton State Court | 2024/02/07 | New Case - ID 14253184 | 184573-db6a7fad-3276-45da-b08b-f153eb7bf13b.pdf |
| Fulton State Court | 2024/02/07 | New Case - ID 14253760 | Complaint.pdf |
| Fulton State Court | 2024/02/07 | New Case - ID 14253760 | Case Filing Information Form.pdf |
| Fulton State Court | 2024/02/07 | New Case - ID 14253760 | Plaintiff's Interrog RPD RFA to Defendant.pdf |
| Fulton State Court | 2024/02/07 | New Case - ID 14253760 | Summons.pdf |

**Example of Validation for Downloading**

**Enter your email address**

To download the document please enter your email address below and click validate.

pressreview@efilega.com

Validate

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **ATALAYA WILDER,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**MATTHEW MALLOY,**<br>**Defendant.** | **JURY TRIAL DEMANDED**<br><br>**CIVIL ACTION**<br>**FILE NO.** |

**COMPLAINT**