**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARCIA MEIS, in her official capacity as the Director of the Administrative Office of the Illinois Courts,<br><br>Defendant. | Case No: 26-cv-14530<br><br>Judge:<br><br>Magistrate: |

**PLAINTIFF'S F.R.C.P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff, Courthouse News Service ("Courthouse News"), states as follows: Courthouse News is a corporation organized under the laws of the State of California. The following individuals or entities own 5% or more of Courthouse News: William L. Girdner, Trustee of the William L. Girdner Revocable Trust dated June 25, 2018, as amended.

Dated: November 20, 2026

Respectfully submitted,

*/s/ Steve Trubac*

Steve Trubac
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: 312-602-5000
Fax: 312-602-5050
steve.trubac@bclplaw.com

Jon Fetterly (pro hac forthcoming)
Katherine Keating (pro hac forthcoming)
Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Tel: 415-675-3400
Fax: 415-675-3434
jon.fetterly@bclplaw.com
katherine.keating@bclplaw.com

*Attorneys for Plaintiff, Courthouse News Service*